U. S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. MARINACCI,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant. | NO. C04-5657-KLS<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation of the parties, it is hereby ORDERED that:

1. Attorney fees in the amount of $3,359.40 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) for services before the U.S. District Court.

2. Costs in the amount of $150.00 are awarded to Plaintiff pursuant to 28 U.S.C. §1920.

It is so ORDERED.

Order For Payment
of Attorney Fees Pursuant to
28 U.S.C. §2412(d)           - 1

DAVID B. VAIL AND ASSOCIATES
PO BOX 5707
TACOMA, WA 9415-0707
Tacoma: 253-383-8770
Seattle: 253-874-2546
Olympia: 360-943-8098
Fax: 253-383-8774

1  DATED this 2nd day of June, 2005.

2

3                                                         __s/ Karen L. Strombom_____
                                                          UNITED STATES MAGISTRATE JUDGE
4

5  PRESENTED BY:

6
   /s/ Jennifer M. Cross
7  Jennifer M. Cross, WSBA 28560
   Attorney for Plaintiffs
8  DAVID B. VAIL & ASSOCIATES
   819 Martin Luther King Jr. Way
9  PO Box 5707
   Tacoma, WA 98405-0707
10 (253) 383-8770 (Phone)
   (253) 383-8774 (Facsimile)
11 jennifer@davidbvail.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25 Order For Payment                              DAVID B. VAIL AND ASSOCIATES
   of Attorney Fees Pursuant to                          PO BOX 5707
   28 U.S.C. §2412(d)              - 2            TACOMA, WA 9415-0707
                                                    Tacoma: 253-383-8770
                                                    Seattle: 253-874-2546
                                                    Olympia: 360-943-8098
                                                    Fax: 253-383-8774